IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNIVERSAL SHIPPING & TRADING CO., LTD.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 04-0616-WS-C |
| ) | |
| **DARDANOS SHIPPING CO. LTD. etc., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

This matter is before the Court on the parties' joint stipulation for cancellation of the ship release bond, (Doc. 28), which the Court construes as a motion for such relief. The motion is based upon the entry of a final interim arbitration award in London. (*Id*., ¶ 4). Upon consideration, the motion is **granted**. The ship release bond is canceled, and the Clerk is directed to return the bond to counsel for the defendants.

On December 2, 2004, the Court stayed this action rather than dismiss it, based on the representation of plaintiff's counsel that dismissal would cause the Court to lose in rem jurisdiction over the ship release bond. (Doc. 14). The plaintiff requested a stay "pending the outcome of the London arbitration proceedings," (*id*. at 2), and the Court entered such a stay. (Doc. 15). Because the London proceedings have concluded, and because the parties have agreed to cancellation of the bond, the stay is lifted and this action is **dismissed**.

DONE and ORDERED this 3rd day of June, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE